No. 89–684. SAMPLE, INC. *v.* PENDLETON WOOLEN MILLS, INC. C. A. 2d Cir. Certiorari denied.

No. 89–691. TYLER ET AL. *v.* BERODT ET AL. C. A. 8th Cir. Certiorari denied.

No. 89–692. BIG APPLE INDUSTRIAL BUILDINGS, INC., ET AL. *v.* PROCTER & GAMBLE CO. ET AL.; and

No. 89–805. AMERICAN INTERNATIONAL CONTRACTORS, INC. *v.* PROCTER & GAMBLE CO. ET AL. C. A. 2d Cir. Certiorari denied. Reported below: 879 F. 2d 10.

No. 89–693. MARINE TRANSPORT LINES, INC. *v.* INTERNATIONAL ORGANIZATION OF MASTERS, MATES & PILOTS. C. A. 2d Cir. Certiorari denied.

No. 89–694. ELECTRIC POWER BOARD OF CHATTANOOGA *v.* MONSANTO CO. ET AL. C. A. 6th Cir. Certiorari denied.

No. 89–698. LEISURE *v.* MISSOURI. Ct. App. Mo., Western Dist. Certiorari denied.

No. 89–702. CHAMPION MORTGAGE CO. *v.* LAKE TRAVIS ISLAND LTD. C. A. 5th Cir. Certiorari denied.

No. 89–703. EWING *v.* ST. LOUIS SOUTHWESTERN RAILWAY CO. Ct. App. Mo., Eastern Dist. Certiorari denied.

No. 89–708. MIAMI CENTER LIMITED PARTNERSHIP *v.* BANK OF NEW YORK. C. A. 11th Cir. Certiorari denied.

No. 89–710. ALASKA DIVERSIFIED CONTRACTORS, INC., ET AL. *v.* LOWER KUSKOKWIM SCHOOL DISTRICT. Sup. Ct. Alaska. Certiorari denied.

No. 89–712. ALABAMA *v.* HELMS. Ct. Crim. App. Ala. Certiorari denied.

No. 89–713. MOR-FLO INDUSTRIES, INC., ET AL. *v.* STATE INDUSTRIES, INC. C. A. Fed. Cir. Certiorari denied.